MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MCCAEL MARSHALL,<br><br>Defendants. | CASE NO. 1:24-CR-00126-NODJ-BAM<br><br>Related Cases:<br>1:19-cr-00141-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; RELATED CASES TO CONTINUE TO TRAIL; AND ORDER |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Melissa Baloian, attorney for defendant MCCAEL MARSHALL, that the status conference set for May 14, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to June 11, 2025 at 1:00 p.m.

Defendant MARSHALL additionally has a violation of supervised release trailing behind his new case. For MARSHALL, that is case is 1:19-cr-00141-DAD. It was previously ordered to trail behind the instant case and the parties request it continues to trail.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. Particularly, the government has extended a plea offer and the parties have met and conferred about the terms of the plea. The parties are actively negotiating about its terms.

Stipulation 1

3. Defense counsel has been in trial and so needs additional time to discuss the plea terms with her client and with the government.

4. If the parties are unable to reach a settlement before the next status conference, the parties will be prepared to set the case for trial.

5. By this stipulation, defendant now move to continue the status conference, and to exclude time from May 14, 2025 to June 11, 2025.

6. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

    b) The government does not object to the continuance.

    c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 14, 2025 to June 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Stipulation    2

**[Remainder of page intentionally left blank.]**

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: May 6, 2025                                   Respectfully submitted,

                                                     MICHELE BECKWITH
                                                     Acting United States Attorney

                                            By       /s/ Robert L. Veneman-Hughes
                                                     ROBERT L. VENEMAN-HUGHES
                                                     Assistant United States Attorney

Dated: May 6, 2025                                   /s/ Melissa Baloian
                                                     MELISSA BALOIAN
                                                     Attorney for Defendant McCael MARSHALL

## **ORDER**

IT IS SO ORDERED that the status conference is continued from May 14, 2025, to **June 11, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv). <u>If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing</u>.

IT IS SO ORDERED.

Dated:   **May 7, 2025**                             /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE

Stipulation                                    3