DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
McCAEL MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00126-DAD-BAM-3 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS. |
| McCAEL MARSHALL, | |
| Defendant. | PROPOSED DATE: November 3, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for October 6, 2025, be continued to November 3, 2025. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

> 10/6/2025:   Informal objections due.
> 10/13/2025:  Final Revised PSR filed with the Court and parties.
> 10/20/2025:  Formal objections filed with the Court.
> 11/2/2025:   Sentencing.

Counsel for the government and the assigned USPO have no objection to the reopening the informal objections process or to the proposed schedule.

IT IS SO SIPULATED:

                PHILLIP A. TALBERT
                United States Attorney

DATED: 9/8/25              /s/ Robert Veneman-Hughes
                ROBERT VENEMAN-HUGHES
                Assistant United States Attorney
                Attorney for Plaintiff

DATED: 9/8/25              /s/ Douglas Foster
                DOUGLAS C. FOSTER
                Law Offices of Douglas C. Foster
                Attorney for Defendant
                McCAEL MARSHALL

# ORDER

The court has reviewed and considered the stipulation filed by the parties on September 8, 2025, and reviewed the record of this case. For the reasons stated in the stipulation, the request to continue sentencing is GRANTED.

The sentencing hearing in this matter is continued to November 3, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd in Fresno. IT IS FURTHER ORDERED that the deadlines for filing of objections shall be reopened and the schedule for filing be reset as follows:

| Date | Event |
|---|---|
| 10/6/2025: | Informal objections due. |
| 10/13/2025: | Final Revised PSR filed with the Court and parties. |
| 10/27/2025: | Formal objections filed with the Court. |
| 11/3/2025: | Sentencing. |

IT IS SO ORDERED.

Dated:   **September 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

USA v. MARSHALL – Stipulation and Order to Contin