DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
McCAEL MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>McCAEL MARSHALL,<br><br>Defendant. | Case No. 1:24-cr-00126-DAD-BAM-3<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS.<br><br>PROPOSED DATE: February 9, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

On June 2, 2025, Mr. Marshall pled guilty to one count of the five-count indictment. Following entry of the plea, Mr. Marshall's original counsel withdrew. Mr. Marshall was appointed new counsel. After being appointed and following the preparation of the draft pre-sentencing report, defense counsel noticed an issue that may have been overlooked. Following discussions with the Government, the parties agree that additional time is needed prior to sentencing to explore the issue.

Therefore, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for November 3, 2025, be continued to February 9, 2026, at 10:00 AM, in Courtroom 5 before District Judge Dale A. Drozd in Fresno. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

        1/26/2026:    Formal objections filed with the Court
        2/2/2026:      Replies, if needed
        2/9/2026:      Judgment & Sentencing

Counsel for the government and the assigned USPO have no objection to the proposed schedule.

IT IS SO SIPULATED:

        ERIC GRANT
        United States Attorney

DATED: 10/20/25        /s/ Robert L. Veneman-Hughes___
        ROBERT L. VENEMAN-HUGHES
        Assistant United States Attorney
        Attorney for Plaintiff


DATED: 10/20/25        /s/ Douglas Foster_____
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        McCAEL MARSHALL

USA v. MARSHALL – Stipulation and Order to Continue

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on October 20, 2026, and reviewed the record of this case. For the reasons stated in the stipulation, the sentencing hearing in this case currently scheduled for November 3, 2025, is continued to February 9, 2026, at 10:00 a.m. and the presentence report related filing dates proposed by the parties are adopted by the court.

IT IS SO ORDERED.

Dated:   **October 21, 2025**              /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

USA v. MARSHALL – Stipulation and Order to Continue