DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
McCAEL MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>McCAEL MARSHALL,<br><br>Defendant. | Case No. 1:24-cr-00126-DAD-EPG-3<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS.<br><br>PROPOSED DATE: June 15, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

On June 2, 2025, Mr. Marshall pled guilty to one count of the five-count indictment. Following entry of the plea, Mr. Marshall's original counsel withdrew. Mr. Marshall was appointed new counsel. After being appointed and following the preparation of the draft pre-sentencing report, questions arose regarding the issue of whether the firearm involved in this case was capable of being rendered fully automatic. Sentencing was initially continued to February 9, 2026, then again to April 13, 2026, to allow for further testing of the firearm and for counsel to assess the impact of *United States v. Gomez* 165 F.4th 1199 (9th Cir. 2026).

Further testing determined that the gun in question was not a firearm described under 26 U.S.C. § 5854(a), which substantially impacts the guideline calculations in the defendant's case. Additionally, the government has disclosed its intention to seek a sentencing enhancement not

described in the PSR. Based on these factors, the assigned United States Probation officer believes an amended PSR must be prepared and that the briefing schedule should be reset to allow the parties to object, formally and informally, to the new calculations disclosed therein.

Therefore, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for May 4, 2026, be continued to June 15, 2026. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 15, 2026 |
| Reply or Statement of Non-Opposition: | June 8, 2026 |
| Formal Objections Due: | June 1, 2026 |
| Final PSR filed and disclosed: | May 25, 2026 |
| Informal Objections Due: | May 18, 2026 |
| Draft PSR filed no later than: | May 4, 2026 |

Additionally, Mr. MARSHALL has a violation of supervised release trailing behind this case, namely 1:19- cr-00141-DAD. It was previously ordered to trail behind the instant case and the parties request that it continue to trail.

Counsel for the government and the assigned USPO have no objection to the proposed schedule.

USA v. MARSHALL – Stipulation and Order to Continue

IT IS SO SIPULATED:

                                          ERIC A. GRANT
United States Attorney

DATED: 4/7/2026                   /s/  Robert Veneman Hughes
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

DATED: 4/7/2026                   /s/ Douglas Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
McCAEL MARSHALL

USA v. MARSHALL – Stipulation and Order to Continue

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on April 7, 2026, and reviewed the record of this case. For the reasons stated in the stipulation, the request to continue sentencing is GRANTED.

The sentencing hearing in this matter shall be continued to June 15, 2026, at 9:00 a.m. IT IS FURTHER ORDERED that the deadlines for filing of objections shall be reopened and the schedule for filing be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 15, 2026 at 10:00 a.m. |
| Reply or Statement of Non-Opposition: | June 8, 2026 |
| Formal Objections Due: | June 1, 2026 |
| Final PSR filed and disclosed: | May 25, 2026 |
| Informal Objections Due: | May 18, 2026 |
| Draft PSR filed no later than: | May 4, 2026 |

Related case number 1:19-cr-00141-DAD will continue to trail the instant case and be set for judgment and sentencing on June 15, 2026, at 10:00 AM in Courtroom 5 in Fresno before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:    **April 7, 2026**                    _____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE

USA v. MARSHALL – Stipulation and Order to Continue